## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

## MINUTE SHEET

**UNITED STATES OF AMERICA**              **Date:**      **March 20, 2018**

**vs.**                                   **Case No.:**   **17-4049-CR-C-BCW-1**

**KENNETH LOEM RALL**

---

**Honorable Brian C. Wimes, presiding at Jefferson City, Missouri**

**Nature of Hearing:   Sentencing**

**Time: 10:09 am**                        **Commenced: 10:22 am**

### APPEARANCES

**Plaintiff's counsel:**      **Lawrence Miller/Lucinda S. Woolery, AUSA**
**Defendant's counsel:**      **Steven Martin Aaron**
**Probation officer:**        **Danielle Staats**

---

**PROCEEDINGS IN COURTROOM:   Above parties present.   Court accepts plea of guilty and adjudication of guilt.   There are no objections to the Presentence Report and Court adopts P.S.I.R. without change.   Court asserts statutory guidelines.   Counsel makes sentence recommendations.   Defendant accorded allocution.**

**SENTENCE: Defendant is sentenced to 5 years probation on count 1 of the information and court will entertain early discharge from probation once restitution has been paid;.   Standard/Additional Conditions of Supervision imposed.     FINE: waived; SPECIAL ASSESSMENT: $100; RESTITUTION: $1,500,000.00. Defendant advised of right to appeal.**

---

**Court Reporter:      Denise Halasey**
**Courtroom Deputy:   T. Lock**